United States District Court for the Eastern District of Michigan

**Mark Dobronski**

vs.

**Credit Swag Ventures, Inc.**
_____/

CASE NO. 4:25-cv-11777-FKB-EAS

**AFFIDAVIT OF SERVICE**

Commonwealth of Pennsylvania
County of Dauphin    ss:

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:35 PM** on **06/18/2025**, I served **Credit Swag Ventures, Inc.** at **Registered Agent Soluitions, Inc., 125 Locust Street, Harrisburg, PA 17101** in the manner described below:

☐ Subject personally served.

☐ Adult family member with whom said Subject resides.
Relationship is _____.

☐ Adult in charge of Subject's residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Subject resides.

☐ Agent or person in charge of Subject's office or usual place of business.

☒ **Jonathan Kadar-Kallen,** who is the **Authorized Representative** of said entity.

☐ Other:

a true and correct copy of **Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: **Male** Skin: **White** Age: **42** Hair: **Brown** Height: **5ft 10in** Weight: **150 lbs**

Sworn to and subscribed before me this
24th day of June .2025.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Chad Spotts, Notary Public
Dauphin County
My commission expires April 19, 2029
Commission number 1248992

X _____
John Shinkowsky
Shinkowsky Investigations
PO Box 126538
Harrisburg, PA 17112
(800) 276-0202
Atty File#: - Our File#: **89969**

Law Firm: **Perrong Law LLC**
Address: **2657 Mount Carmel Avenue, Glenside, PA 19038**
Telephone: **(215) 225-5529**

