# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

     Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT,

     Defendant.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

---

## **APPEARANCE**

Please enter the Appearance of HOWARD AND HOWARD ATTORNEYS PLLC, by JONATHAN F. KARMO, on behalf of Defendant, CREDIT SWAG VENTURES, INC. dba CREDIT & DEBT, in the above-captioned cause of action.

    Respectfully submitted,

**HOWARD & HOWARD ATTORNEYS PLLC**

Dated: July 2, 2025      By: */s/ Jonathan F. Karmo*
                                     Jonathan F. Karmo (P76768)
                                 450 West Fourth Street
                                 Royal Oak, MI 48067
                                 Phone: (248) 645-1483
                                 jfk@h2law.com
                                 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 2nd day of July 2025, the foregoing paper was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/Jonathan F. Karmo
Attorney for Defendant
450 W. Fourth Street
Royal Oak, MI 48067
Telephone:   (248) 645-1483
Facsimile:   (248) 645-1568
Bar No.:     P76768

4932-5871-1890, v. 1