# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

    Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT,

    Defendant.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

This Stipulation having come before the Court upon the parties' agreement that Defendant, Credit Swag Ventures, Inc. dba Credit & Debt, shall have an extension to and including August 8, 2025 to respond to the Complaint;

IT IS HEREBY ORDERED that Defendant shall have an extension to respond to the Complaint to and including August 8, 2025.

Dated: July 7, 2025

    s/F. Kay Behm
    F. Kay Behm
    United States District Judge

SO STIPULATED:

| | |
|---|---|
| **PERRONG LAW LLC** | **HOWARD & HOWARD ATTORNEYS PLLC** |
| By: /s/Andrew Roman Perrong** | By: /s/Jonathan F. Karmo |
|     Andrew Roman Perrong |     Jonathan F. Karmo (P76768) |
| Attorney for Plaintiff | Attorneys for Defendant |
| 2657 Mt. Carmel Avenue | 450 West Fourth Street |
| Glenside, PA 19038 | Royal Oak, Michigan 48067-2557 |
| Phone: (215) 225-5529 | Phone: (248) 645-1483 |
| Fax: (888) 329-0305 | Fax: (248) 645-1568 |
| Email: a@perronglaw.com | Email: jfk@h2law.com |

**w/consent 7/2/25