UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

    Plaintiff,

                                                          Case No. 25-11777

v.

                                                           Hon. F. Kay Behm

CREDIT SWAG VENTURES, INC.,

    Defendant.

_____/

## ORDER REGARDING LOCAL COUNSEL

Any attorney appearing as attorney of record in the district court, who is a member of the bar of this court and is not an active member of the State Bar of Michigan, must promptly specify a member of the bar of this court with an office in the district as local counsel. *See* E.D. Mich. LR 83.20(f). The Court cautions counsel that proceeding in the case while failing to specify local counsel or to obtain an exception from the local rule may result in appropriate sanctions. *See id.*; E.D. Mich. LR 11.1.

    **SO ORDERED.**

Dated: July 8, 2025                                             s/F. Kay Behm
                                                                                F. Kay Behm
                                                                                United States District Judge