UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK DOBRONSKI, on behalf of himself and others similarly situated, | Case No. 4:25-cv-11777-FKB-EAS |
| Plaintiff, | Hon. F. Kay Behm |
| v. | Magistrate Judge Elizabeth A. Stafford |
| CREDIT SWAG VENTURES, INC. | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
1100 Owendale Drive
Suite M
Troy, MI 48083
Phone: (888) 835-2993
george@blackmore.law
*Local Counsel for Plaintiff and the proposed class*

Dated: July 14, 2025

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore