UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

    Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT,

    Defendant.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

---

**STIPULATED ORDER EXTENDING
TIME TO RESPOND TO COMPLAINT**

This Stipulation having come before the Court upon the parties' agreement that Defendant, Credit Swag Ventures, Inc. dba Credit & Debt, shall have an extension to and including August 22, 2025 to respond to the Complaint;

IT IS HEREBY ORDERED that Defendant shall have an extension to respond to the Complaint to and including August 22, 2025.

Date: August 7, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

SO STIPULATED:

| **PERRONG LAW LLC** | **HOWARD & HOWARD ATTORNEYS PLLC** |
|---|---|
| By: /s/Andrew Roman Perrong** <br>     Andrew Roman Perrong <br> Attorney for Plaintiff <br> 2657 Mt. Carmel Avenue <br> Glenside, PA 19038 <br> Phone: (215) 225-5529 <br> Fax: (888) 329-0305 <br> Email: a@perronglaw.com | By: /s/Jonathan F. Karmo <br>     Jonathan F. Karmo (P76768) <br> Attorneys for Defendant <br> 450 West Fourth Street <br> Royal Oak, Michigan 48067-2557 <br> Phone: (248) 645-1483 <br> Fax: (248) 645-1568 <br> Email: jfk@h2law.com |

**w/consent 8/6/25