UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,                                              Case No. 25-11777

    Plaintiff,                                                      F. Kay Behm
v.                                                                       United States District Judge

CREDIT SWAG VENTURES,

    Defendant.
_____/

**ORDER REGARDING DEFENDANT'S**
**MOTION TO DISMISS (ECF No. 10)**

On June 12, 2025, Plaintiff filed a proposed class action complaint against Defendant alleging violations of the Telephone Consumer Protection Act.  (ECF No. 1).  On August 22, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 10).

Fed. R. Civ. P. 15(a)(2) states that courts should grant leave to amend a complaint "when justice so requires."  Plaintiff has not filed an amended complaint.  In the court's view, under the present circumstances, allowing Plaintiff an opportunity to amend serves the ends of justice.  Accordingly, without expressing any view regarding the merits of the Motion to Dismiss, the court will afford Plaintiff the opportunity to cure any purported deficiencies by filing an

1

amended complaint. The court **ORDERS** that any amended complaint must be filed within 14 days of entry of this Order or within the time remaining for Plaintiff to respond to the motion to dismiss, whichever is longer.

As a result, Plaintiff is presented with a choice of how to proceed, given that a Motion to Dismiss has been filed. Plaintiff may file an amended complaint, in which case the court will deny without prejudice the currently pending Motion to Dismiss as moot, or Plaintiff may file a response to Defendant's motion. If Plaintiff elects not to file an amended complaint and instead files a substantive response, the court will rule on the pending motion and any dismissal may be with prejudice.

**SO ORDERED**.

Date: August 25, 2025                                s/F. Kay Behm
                                                     F. Kay Behm
                                                     United States District Judge