# Credit & Debt Portal Introduction

From: Denise Orozco (dorozco@creditanddebt.org)
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Thursday, April 3, 2025 at 12:07 PM EDT



## C&D Intro Email

Client ID: ▮▮▮▮▮▮▮▮▮▮▮▮

Dear ▮▮▮▮▮▮▮▮

Congratulations on completing your coaching session. As discussed during our call, you are eligible for your FREE membership with Credit & Debt. Credit & Debt provides you with the necessary tools and resources that will allow you to become an expert in managing your finances.

It takes just a minute to access your benefits:

Step 1: Click HERE to sign up on Credit & Debt

Step 2: Answer a few quick questions to create your account.

Step 3: Manage and monitor all your debt in one place.

Best Regards,

Denise Orozco



*Terms and conditions apply.*
*Credit & Debt® does not provide debt relief and does not promise to help you obtain a loan. A Credit & Debt coach can guide you through a free financial evaluation, help you understand your options and connect you with a qualified partner. Credit & Debt is an independent for-profit, marketing, personal financial management and comparison service provider and may feature sponsored products and links on its website; the order, location, and manner of which may be at the request of its compensated partners. Credit & Debt does not include every available company or financial product in the marketplace.*