UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

      Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT,

      Defendant.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

## STIPULATED ORDER EXTENDING
## TIME TO RESPOND TO MOTION TO DISMISS

This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Mark Dobronski, shall have an extension to and including October 20, 2025 to respond to the Defendant's Motion to Dismiss, and that Defendant shall have an extension to and including November 10, 2025 to file a reply;

IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss to and including October 20, 2025 and the Defendant to file a reply up to and including November 10, 2025.

Dated: October 7, 2025

      s/F. Kay Behm
      F. Kay Behm
      United States District Judge

2

SO STIPULATED:

| **PERRONG LAW LLC** | **HOWARD & HOWARD ATTORNEYS PLLC** |
|---|---|
| By: <u>/s/Andrew Roman Perrong</u><br>    Andrew Roman Perrong<br>Attorney for Plaintiff<br>2657 Mt. Carmel Avenue<br>Glenside, PA 19038<br>Phone: (215) 225-5529<br>Fax: (888) 329-0305<br>Email: a@perronglaw.com | By: <u>/s/Jonathan F. Karmo</u><br>    Jonathan F. Karmo (P76768)<br>Attorneys for Defendant<br>450 West Fourth Street<br>Royal Oak, Michigan 48067-2557<br>Phone: (248) 645-1483<br>Fax: (248) 645-1568<br>Email: jfk@h2law.com |