UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark Dobronski,

                Plaintiff(s),

v.                                    Case No. 4:25−cv−11777−FKB−EAS
                                         Hon. F. Kay Behm

Credit Swag Ventures, Inc., et al.,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 3/3/2026, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                         s/F. Kay Behm
                                         F. Kay Behm
                                         U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                       By: s/Kourtney E Collins
                                              Case Manager

Dated:   February 17, 2026