UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,   Case No. 25-11777

    Plaintiff,   F. Kay Behm
v.   United States District Judge

CREDIT SWAG VENTURES,

    Defendant.
_____/

**ORDER VACATING ORDER TO SHOW CAUSE, EXTENDING SUMMONS, AND ORDERING LIMITED DISCOVERY FOR SERVICE OF PROCESS**

Plaintiff filed this Telephone Consumer Protection Act claim on June 12, 2025. (ECF No. 1). Plaintiff filed an amended complaint on September 8, 2025. (ECF No. 12). In the amended complaint, Plaintiff added claims against an individual, Denise Orozco. *Id*. The summons was issued for Orozco on September 9, 2025. (ECF No. 13). After the expiration of the 90-day summons, the court entered a show cause order why the complaint against her should not be dismissed for failure to prosecute. (ECF No. 18). Plaintiff timely filed a response to the order to show cause. (ECF No. 19).

In the response to the order to show cause, Plaintiff describes the difficulties he has had in locating a proper address for Orozco in order to effectuate service of process. Because of the pending motion to dismiss the

1

amended complaint, the parties have not yet exchanged Rule 26(a)(1) disclosures or conducted a Rule 26(f) conference.  Plaintiff asks the court to permit the issuance of a single pre-scheduling-order interrogatory directed to Defendant Credit Swag, asking Credit Swag to identify the current address(es) at which Denise Orozco, its employee or former employee, may be located and served with process, together with her month and year of birth to assure positive identification.  The court finds this request for limited discovery in order to effectuate service reasonable under the circumstances.

Accordingly, the court **VACATES** the order to show cause, **EXTENDS** the summons for 90 days for good cause shown, and **ORDERS** that Plaintiff may serve the single interrogatory as described in the response to the order to show cause on Defendant, Credit Swag Ventures, Inc. d/b/a Credit & Debt.  Defendant will have 14 days to respond to the interrogatory.

**SO ORDERED**.

Date: March 4, 2026                                    s/F. Kay Behm
                                                       F. Kay Behm
                                                       United States District Judge