AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 25-11777

Hon. F. Kay Behm

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Denise Orozco

was received by me on *(date)* 09/09/2025 .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Delivered a copy to Madelaine A Newcomb, who is authorized by appointment

to receive service of process for Defendant within the meaning of Rule 4(e)(2)(C), on 3/18/2026. .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 3/18/2026 _____

_____
*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Avenue, Glenside, PA 19038
*Server's address*

Additional information regarding attempted service, etc:



Andrew Perrong <a@perronglaw.com>

## Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**Newcomb, Madelaine** <mnewcomb@manatt.com>                    Wed, Mar 18, 2026 at 5:50 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: "Jonathan F. Karmo" <jfk@h2law.com>, "Krasovec, Alexandra" <AKrasovec@manatt.com>, "Kelly L. Whiting"
<klw@h2law.com>, "gblackmore@provenresource.com" <gblackmore@provenresource.com>

Andrew,

We will accept service on Ms. Orozco's behalf. The interrogatory is now moot, and there is no reason for you to
serve her. Please confirm it is withdrawn.

Thanks,

**Madelaine A Newcomb**

Associate

**Manatt, Phelps & Phillips,** LLP

151 North Franklin Street
Suite 2600

Chicago, IL 60606

**D** (312) 529-6305 **F**

mnewcomb@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 18, 2026 3:41 PM
**To:** Newcomb, Madelaine <mnewcomb@manatt.com>
**Cc:** Jonathan F. Karmo <jfk@h2law.com>; Krasovec, Alexandra <AKrasovec@manatt.com>; Kelly L. Whiting <klw@h2law.com>; gblackmore@provenresource.com
**Subject:** Re: Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

We are not withdrawing the Interrogatory. The court ordered Defendant to provide Ms. Orozco's contact information so that we could *serve* her, not so that you could unilaterally send us a waiver of service that we did not even request. We intend to *serve* Ms. Orozco and will insist on strict compliance with the requirements of Rule 12(a)(1)(A)(i).

[Quoted text hidden]



Andrew Perrong <a@perronglaw.com>

## Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**Andrew Perrong** <a@perronglaw.com>                                    Wed, Mar 18, 2026 at 6:36 PM
To: "Newcomb, Madelaine" <mnewcomb@manatt.com>
Cc: "Jonathan F. Karmo" <jfk@h2law.com>, "Krasovec, Alexandra" <AKrasovec@manatt.com>, "Kelly L. Whiting"
<klw@h2law.com>, "gblackmore@provenresource.com" <gblackmore@provenresource.com>

So, to be clear, you will agree that this email constitutes formal service on you as an individual authorized by appointment to receive service of process within the meaning of Rule 4(e)(2)(C)?

[Quoted text hidden]



Andrew Perrong <a@perronglaw.com>

## Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**Newcomb, Madelaine** <mnewcomb@manatt.com>                    Wed, Mar 18, 2026 at 6:51 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: "Jonathan F. Karmo" <jfk@h2law.com>, "Krasovec, Alexandra" <AKrasovec@manatt.com>, "Kelly L. Whiting"
<klw@h2law.com>, "gblackmore@provenresource.com" <gblackmore@provenresource.com>

Yes, we are authorized to accept service on her behalf.

**Madelaine A Newcomb**

Associate

**Manatt, Phelps & Phillips,** LLP

151 North Franklin Street
Suite 2600

Chicago, IL 60606

**D** (312) 529-6305 **F**

mnewcomb@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, March 18, 2026 5:36 PM
**To:** Newcomb, Madelaine <mnewcomb@manatt.com>
**Cc:** Jonathan F. Karmo <jfk@h2law.com>; Krasovec, Alexandra <AKrasovec@manatt.com>; Kelly L. Whiting
<klw@h2law.com>; gblackmore@provenresource.com
**Subject:** Re: Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

So, to be clear, you will agree that this email constitutes formal service on you as an individual authorized by appointment to receive service of process within the meaning of Rule 4(e)(2)(C)?

[Quoted text hidden]

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**



Andrew Perrong <a@perronglaw.com>

## Court Ordered Interrogatory - Dobronski v. Credit Swag Ventures, Inc.

**Andrew Perrong** <a@perronglaw.com>                                      Wed, Mar 18, 2026 at 7:07 PM
To: "Newcomb, Madelaine" <mnewcomb@manatt.com>
Cc: "Jonathan F. Karmo" <jfk@h2law.com>, "Krasovec, Alexandra" <AKrasovec@manatt.com>, "Kelly L. Whiting"
<klw@h2law.com>, "gblackmore@provenresource.com" <gblackmore@provenresource.com>

Ok, in accordance with this email, we are delivering you a copy of the summons and complaint.
[Quoted text hidden]

**2 attachments**

 **Summons.pdf**
55K

 **Amended Complaint.pdf**
308K