**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

       Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT and DENISE
OROZCO,

       Defendants.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

---

**DEFENDANT CREDIT SWAG VENTURES, INC.'S UNOPPOSED MOTION TO ADJOURN HEARING ON MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Credit Swag Ventures, Inc. ("Defendant"), by and through its undersigned counsel, respectfully moves to adjourn the hearing currently scheduled for April 8, 2026 on Defendant's Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint (ECF 14). In support, Defendant states as follows:

1.    Plaintiff filed his First Amended Complaint ("FAC") on September 8, 2025. *See* ECF 12.

2.    Defendant filed its Motion to Dismiss and/or Strike the FAC on September 22, 2025. *See* ECF 14.

3.     The Court has scheduled a hearing on Defendant's Motion to Dismiss and/or Strike for April 8, 2026. *See* ECF 21.

4.     Co-defendant Denise Orozco recently accepted service of the FAC on March 25, 2026. Accordingly, Ms. Orozco's deadline to respond to the FAC falls on the same date as the currently scheduled hearing (April 8, 2026). *See* ECF 22.

5.     Ms. Orozco intends to file a motion to dismiss the FAC raising issues that overlap substantially with those presented in Defendant's Motion to Dismiss and/or Strike the FAC.[1]

6.     Defendant respectfully requests a brief adjournment of the current hearing date on Defendant's Motion to Dismiss and/or Strike, so that both motions may be heard at the same time.

7.     Good cause exists for this request. The pending and anticipated motions will raise overlapping—and potentially dispositive—arguments concerning the sufficiency of Plaintiff's claims. Proceeding with the currently scheduled hearing would likely require the Court to address similar issues in separate proceedings.

8.     A short adjournment will promote efficiency by allowing the Court to consider related arguments together, conserve judicial and party resources, and avoid duplicative hearings and potentially inconsistent rulings.

9.     This request is modest and will not prejudice any party.

---

[1] Ms. Orozco is represented by the same counsel of record for Credit Swag.

10.     Pursuant to Local Rule 7.1(a), Defendant sought concurrence in this Motion on April 1 and 2, 2026, and Plaintiff advised that he takes no position on the requested adjournment.

Wherefore, Defendant respectfully requests that the Court grant this unopposed motion and adjourn the current hearing on Defendant's Motion to Dismiss and/or Strike the FAC and reschedule it for a date after Ms. Orozco's forthcoming motion to dismiss is fully briefed, at the Court's convenience.

Respectfully submitted,

**HOWARD & HOWARD ATTORNEYS PLLC**

Dated: April 2, 2026          By: */s/ Jonathan F. Karmo*
                              Jonathan F. Karmo (P76768)
                              450 West Fourth Street
                              Royal Oak, MI 48067
                              Phone: (248) 645-1483
                              jfk@h2law.com
                              *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 2, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jonathan F. Karmo*