# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

       Plaintiff,

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT and DENISE
OROZCO,

       Defendants.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

---

## APPEARANCE

Please enter the Appearance of MANATT, PHELPS & PHILLIPS, LLP, by

MADELAINE A. NEWCOMB, on behalf of Defendant, Credit Swag Ventures, Inc.

d/b/a Credit & Debt in the above-captioned cause of action.

Dated: April 2, 2026    Respectfully submitted,


By: /s/ Madelaine A. Newcomb

**MANATT, PHELPS & PHILLIPS, LLP**
Madelaine A. Newcomb (IL Bar No. 6322725)*
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 529-6300
Email: mnewcomb@manatt.com


***Attorneys for Defendant Credit Swag Ventures, Inc.***

***\*Permanently admitted to E.D. Mich. Bar***


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 2, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


*/s/ Madelaine A. Newcomb*

2