# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MARK DOBRONSKI, individually
and on behalf of a class of all persons
and entities similarly situated,

       CLASS ACTION
       Case No. 4:25-cv-11777-FKB-EAS
       District Judge F. Kay Behm

       Plaintiff,
       Mag. Judge Elizabeth A. Stafford

v.

CREDIT SWAG VENTURES, INC.
DBA CREDIT & DEBT, et al.

       Defendant.

## STIPULATED ORDER EXTENDING
## TIME TO RESPOND TO MOTION TO DISMISS

This Stipulation having come before the Court upon the parties' agreement that Plaintiff, Mark Dobronski, shall have an extension to and including May 13, 2026 to respond to the Defendant Denize Orozco's Motion to Dismiss;

IT IS HEREBY ORDERED that Plaintiff shall have an extension to respond to the Motion to Dismiss to and including May 13, 2026.

Dated: April 23, 2026       s/F. Kay Behm
       F. Kay Behm
       United States District Judge

SO STIPULATED:

| | |
|---|---|
| **PERRONG LAW LLC** | **MANATT, PHELPS & PHILLIPS, LLP** |

By: <u>/s/ Madelaine A Newcomb</u>
     Madelaine A Newcomb
     (*Pro Hac Vice*)

By: <u>/s/Andrew Roman Perrong</u>
    Andrew Roman Perrong
Attorney for Plaintiff
2657 Mt. Carmel Avenue
Glenside, PA 19038
Phone: (215) 225-5529
Fax: (888) 329-0305
Email: a@perronglaw.com

Attorneys for Defendant
151 North Franklin Street Suite 2600
Chicago, IL 60606
Phone: (312) 529-6305
Fax: (312) 529-6315
Email: mnewcomb@manatt.com

2