UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Mark Dobronski,

                    Plaintiff(s),

v.                                          Case No. 4:25−cv−11777−FKB−EAS
                                            Hon. F. Kay Behm
Credit Swag Ventures, Inc., et
al.,

                    Defendant(s),

_____

### NOTICE OF REMOTE MOTION HEARING

    PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge
F. Kay Behm for the following motion(s):

                    Motion to Dismiss – #14
                    Motion to Dismiss – #25


   • MOTION HEARING:  September 2, 2026 at 02:00 PM

    The public may access the audio proceedings with the following connection information.

    **PHONE NUMBER:**  669−254−5252
    **MEETING ID:**       165 882 7181


    Attorneys and parties required to attend the hearing will be sent connection information in a
separate email.

                                   By: s/Kourtney E Collins_____
                                        Case Manager

Dated:   June 3, 2026