**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

**MARK DOBRONSKI** individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

**CREDIT SWAG VENTURES, INC.**

*Defendant.*

Case No. 25-cv-11777

## NOTICE OF APPEARANCE

Alex N. Jilizian filed this Notice of Appearance on behalf of the plaintiff.

Dated: August 31, 2025

PLAINTIFF, on behalf of himself and others similarly situated,

*/s/ Alex N. Jilizian*

Alex N. Jilizian
Email: alex@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (213) 866-5293
Facsimile: (508) 318-8100