UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark Dobronski,

Plaintiff(s),

v.

Case No. 4:25−cv−11777−FKB−EAS
Hon. F. Kay Behm

Credit Swag Ventures, Inc., et al.,

Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge F. Kay Behm for the following motion(s):

Motion to Dismiss − #14
Motion to Dismiss − #25

- MOTION HEARING: September 17, 2026 at 01:00 PM

The public may access the audio proceedings with the following connection information.

***PHONE NUMBER:*** 669−254−5252
***MEETING ID:*** 165 882 7181

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

By: s/Kourtney E Collins
Case Manager

Dated: September 1, 2026