**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

MARK DOBRONSKI, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff,

v.

CREDIT SWAG VENTURES, INC. DBA CREDIT & DEBT and DENISE OROZCO,

Defendants.

Case No. 4:25-cv-11777-FKB-EAS
District Judge F. Kay Behm
Mag. Judge Elizabeth A. Stafford

---

**APPEARANCE**

Please enter the Appearance of MANATT, PHELPS & PHILLIPS, LLP, by ALEXANDRA N. KRASOVEC, on behalf of Defendant, Credit Swag Ventures, Inc. d/b/a Credit & Debt in the above-captioned cause of action.

Dated: October 26, 2026

Respectfully submitted,

By: /s/ Alexandra Krasovec

**MANATT, PHELPS & PHILLIPS, LLP**
Alexandra N. Krasovec (CA Bar No. 279578)
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 312-4160
Email: akrasovec@manatt.com

***Attorneys for Defendant* Credit Swag Ventures, Inc. d/b/a Credit & Debt**

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2026, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Alexandra Krasovec*