UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark Dobronski,

Plaintiff(s),

v.

Case No. 4:25−cv−11777−FKB−EAS
Hon. F. Kay Behm

Credit Swag Ventures, Inc., et al.,

Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

IT IS ORDERED that this matter is referred to U.S. Magistrate Judge Elizabeth A. Stafford for all discovery matters pursuant to 28 U.S.C. § 636(b).

NOTICE TO PARTIES: Discovery must be served sufficiently in advance of the discovery cutoff to allow the opposing party enough time to respond under the Federal Rules of Civil Procedure prior to the discovery deadline. All discovery motions must be filed prior to the discovery deadline. The only discovery that may be conducted after the discovery cutoff date without leave of the Court is discovery ordered by the Magistrate Judge for which a timely−filed motion was pending before the discovery cutoff date.

**ADDITIONAL INFORMATION:** A blanket extension of the discovery deadline must be approved by the District Judge.

s/F. Kay Behm
F. Kay Behm
United States District Judge

Dated: October 29, 2026